IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on Behalf of the Estates of Polaroid Corporation et al., <br><br> Plaintiff, <br><br> v. <br><br> GARY DICAMILLO, <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 04-654-SLR ) ) ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules Civil Procedure 41, Plaintiff and Defendant hereby stipulate that the above-captioned case be dismissed with prejudice, each party to bear its own costs and expenses. This case is hereby closed.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ M.M.*

Joseph A. Malfitano (No. 4020)
Maribeth L. Minella (No. 4185)
Erin Edwards (No. 4392)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
mminella@ycst.com

-and-

KELLEY DRYE & WARREN LLP
Jay N. Heinrich
101 Park Avenue
New York, New York 10178
(212) 803-7800

Attorneys for Plaintiff

Date: _____, 2005

FOX ROTHSCHILD, LLP

*/s/ Bernard G. Conaway*

Bernard George Conaway (No. 2856)
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, Delaware 19801
(302) 622-4209
bconaway@foxrothschild.com

Attorneys for Defendant

SO ORDERED:

_____

DB02:5051715.1

058670.1001

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Bernard George Conaway
Fox Rothschild LLP
919 Market Street, Suite 1300
Wilmington, DE 19801
bconaway@foxrothschild.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Maribeth L. Minella (No. 4185)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
mminella@ycst.com

Attorneys for Plaintiff